**David Laron TASH, Petitioner— Appellant,**

v.

**Derral G. ADAMS, Respondent— Appellee.**

No. 03–16290.

D.C. No. CV–02–06233–SMS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Katherine Hart, Esq., Law Office of Katherine Hart, Fresno, CA, for Petitioner—Appellant.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Raymond Brosterhous, II, AGCA—Office of the California Attorney General (SAC) Department of Justice, Sacramento, CA, for Respondent—Appellee.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner David Laron Tash appeals the district court's order denying his motion to stay proceedings in his 28 U.S.C. § 2254 case pending exhaustion of other claims in state court.

The order Tash seeks to appeal is not final and appealable. *See, e.g., National Distrib. Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir.1997). Accordingly, we dismiss for lack of jurisdiction. *See* 28 U.S.C. § 2253; *cf. Browder v. Director, Dep't of Corrections of Ill.*, 434 U.S. 257, 265, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978).

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.